# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSE FRANCISCO GALLEGOS (1);<br>KAYLEIGH JEAN PAGE (2),<br><br>　　　　　　　　　　　Defendants. | Case No.: 24-cr-2326-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On December 10, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for December 13, 2024 to February 28, 2025. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 45] and sets the Motion Hearing/Trial Setting on February 28, 2025 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

24-cr-2326-JO

Further, on December 9, 2024, Defendant Kayleigh Jean Page filed a pretrial motion that remains pending. On December 10, 2024, Defendant Jose Francisco Gallegos also filed a pretrial motion that remains pending. Accordingly, the Court finds that time from December 9, 2024 to February 28, 2025 shall be excluded under the Speedy Trial Act on the grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 12/10/2024

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE